1112

CO. (No. 912–4985; Motion No. 8144.) Commission of Appeals of Texas, Section "B." Nov. 1, 1928. See, also, 297 S. W. 563. Thompson, Knight, Baker & Harris and Webster Atwell, all of Dallas, for plaintiffs in error. Smithdeal, Shook, Spence & Bowyer, of Dallas, for defendant in error.

SPEER, J. Defendant in error's motion to retax costs must be overruled, because the item as to which the retaxing is sought was one taxed in the Court of Civil Appeals, whose judgment has been affirmed, and there was no assignment of error, or writ as to that, by the defendant in error complaining of such matter. The question, therefore, is not before us.

A. J. ADAMS v. STATE. (No. 12044.) Court of Criminal Appeals of Texas. Oct. 10, 1928. R. T. Brown, Judge. Hall, Scott, Casey & Hall, of Marshall, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, burglary; penalty, 10 years. The record is without bills of exception or statement of facts, and presents nothing for review. Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

A. J. ADAMS v. STATE. (No. 12045.) Court of Criminal Appeals of Texas. Oct. 17, 1928. Hall, Scott, Casey & Hall, of Marshall, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is burglary; the punishment, confinement in the penitentiary for 12 years. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.